**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CLARENCE SHIPLEY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    21-cv-03173-SAG |
| | ) |
| **DEEMS MARTIN DISNEY, JR.,** | ) |
| **et al.** | ) |
| | ) |
| Defendants. | ) |

**OFFICER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Deems Martin Disney, Jr., Terrence P. McLarney, Edward Nelson Henneman, Sr., Thomas Frank Gerst, and LeRoy Stanton (hereinafter the "Officer Defendants"), by and through their undersigned attorneys, move this Honorable Court pursuant to Fed. R. Civ. P. 56 for summary judgment, and for reasons stated in the accompanying Memorandum of Law.


DATED: May 3, 2024                              Respectfully Submitted,

                                                      /s/
                                               Shneur Nathan, Bar No. 20707
                                               Avi Kamionski, Bar No. 20703
                                               Alexander S. Rothstein, Bar No. 23228
                                               Ephraim R. Siff, Bar No. 20761
                                               575 S. Charles Street Ste. 402
                                               Baltimore, Maryland 21201
                                               (312) 612-1955
                                               (952) 658-3011
                                               snathan@nklawllp.com
                                               akamionski@nklawllp.com
                                               arothstein@nklawllp.com
                                               esiff@stattorney.org
                                               *Attorneys for Deems Martin Disney, Jr.,*
                                               *Terrence P. McLarney, Edward Nelson*
                                               *Henneman, Sr., Thomas Frank Gerst, and*
                                               *LeRoy Stanton*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send an electronic copy of the same to all counsel of record.

*/s/ Alexander S. Rothstein*