**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **CLARENCE SHIPLEY** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Case No.: SAG-21-03173** |
| **DEEMS MARTIN DISNEY, JR.,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 25th day of October, 2024, ORDERED that:

1. Plaintiff's Motion for a Surreply, ECF 144, is GRANTED.

2. The Officer Defendants' Motion for Summary Judgment, ECF 128, is GRANTED in part and DENIED in part. For Counts One and Three, summary judgment is granted as to Defendants Disney and McLarney but denied as to Defendants Henneman, Gerst, and Stanton. Summary judgment is granted as to all Defendants as to Counts Two and Four.

3. The Parties are ORDERED to meet and confer to determine appropriate redactions for this Court's memorandum opinion, which has been filed under seal, and provide the Court with a joint proposed redacted version to be filed on the public docket no later than seven days after filing.

_____
/s/
Stephanie A. Gallagher
United States District Judge