

March 4, 2026

The Honorable Stephanie A. Gallagher
U.S. District Court for the District of Maryland
101 West Lombard Street, 7C
Baltimore, Maryland 21201

    **Re:** ***Shipley v. Disney, Jr., et al.*** **(No. 21-CV-3173-SAG)**

Dear Judge Gallagher:

    The parties jointly write to update this Court about the expected trial schedule in the above-titled action. Trial is scheduled to begin on June 29, 2026 and is estimated to last 23 days. (Dkt. No. 161). Now that the parties have finalized their witness lists, we believe that trial will likely last around 8 to 12 court days.

                                      Respectfully submitted,

                                      */s/ Doug Keller*
                                      Doug Keller, # 31815
                                      dkeller@flowerskeller.com
                                      Kobie Flowers, # 16511
                                      kflowers@flowerskeller.com
                                      Flowers Keller LLP
                                      1601 Connecticut Avenue, NW
                                      Washington, D.C. 20009

                                      *Attorneys for Clarence Shipley*

*/s/ Christine Goo*
Shneur Z. Nathan, # 20707
Avi T. Kamionski, # 20703
Christine Goo, # 30378
Ephraim R. Siff, # 20761
Perry Wasserman, # 31209
Kimberly Mann, # 30602
NATHAN & KAMIONSKI, LLP
575 South Charles Street, Suite 402
Baltimore, MD 21201
cgoo@nklawllp.com

*Attorneys for the Defendants*