**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CLARENCE SHIPLEY
   Plaintiff,

   v.

EDWARD NELSON HENNEMAN, SR., et al
   Defendants.

Civil Action No.:  SAG-21-03173

**ORDER**

     This Court has received Plaintiff's Unopposed Motion for Remote Testimony, ECF 188. This motion must be DENIED because Court policy does not permit virtual testimony during in-person proceedings, due to the demands on the Information Technology department. This Court will permit the testimony to be offered at the hearing via de bene esse deposition if the witness cannot appear in person.

May 20, 2026

              /s/
         Stephanie A. Gallagher
        United States District Judge