**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CLARENCE SHIPLEY,                              *

      Plaintiff,                              *

    v.                                              *          Case No. 1:21-CV-03173-SAG

EDWARD N. HENNEMAN, SR., *et al*.,    *

    Defendants.                              *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**JOINT PROPOSED VERDICT FORM**

We, the jury, in the above-entitled action, unanimously find the following on the questions submitted to us:

**Question 1: Fabrication of Evidence**

Do you find that Plaintiff Clarence Shipley has proven, by a preponderance of the evidence, his claim of fabrication of evidence against Defendant Edward Henneman, Sr., in accordance with the Court's instructions?

_____ YES                              _____ NO

If you answered **"YES"** to Question 1, proceed to Question 2. If you answered **"NO"** to Question 1, do not answer any further questions; your deliberations are complete, and the foreperson should sign and date this form on the final page.

> **Commented [A1]:** NOTE TO COURT: redline edits are Defendant's proposed modifications to Plaintiff's Proposed Verdict Form (liability/compensatory damages).

Page 1 of 2

**<u>Question 2: Compensatory Damages</u>**

What amount of money, if any, do you~~-~~ assess against Mr. Henneman as compensation for Mr. Shipley's injuries?~~find will fairly and reasonably compensate Mr. Shipley for the injuries he sustained as a result of the violation of his rights?~~

$_____

**SO SAY WE ALL.**

_____          _____
FOREPERSON                                               DATE