**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CLARENCE SHIPLEY,                          *

      Plaintiff,                          *

v.                                         *          Case No. 1:21-CV-03173-SAG

EDWARD N. HENNEMAN, SR., *et al*.,         *

      Defendants.                         *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## JOINT PROPOSED VERDICT FORM

We, the jury, in the above-entitled action, unanimously find the following on the questions submitted to us:

## Question 3: Punitive Damages

Do you find, by a preponderance of the evidence, that Mr. Henneman's conduct was malicious or in reckless disregard of Mr. Shipley's rights, as explained in the Court's instructions?

_____ YES                          _____ NO

If you answered **"YES"** to Question 3, proceed to Question 4. If you answered **"NO"** to Question 3, do not answer any further questions; your deliberations are complete, and the foreperson should sign and date this form on the final page.

## Question 4: Amount of Punitive Damages

What amount of punitive damages, if any, do you assess against Mr. Henneman?

$_____

**SO SAY WE ALL.**

_____        _____

FOREPERSON                                                        DATE