IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE SHIPLEY,                           *
         Plaintiff,

                                *

    vs.                                          *          Civil Action No.   SAG-21-03173

                                *

EDWARD NELSON HENNEMAN, SR., et al.
         Defendants.                       *

****** 

ORDER

    For the reasons stated on the record, it is, this 10th day of July, 2026, ORDERED that motion pursuant to Rule 50(a) by Defendants Thomas Frank Gerst and LeRoy Stanton is GRANTED and judgment as a matter of law is entered in favor of Defendants Gerst and Stanton against Plaintiff Clarence Shipley.

 7/10/2026                                           /s/
Date                                                        Stephanie A. Gallagher
                                        United States District Judge