_____ FILED          _____ ENTERED
_____ LOGGED        _____ RECEIVED

JUL 1 5 2026

AT
CLERK, U.S. DIST...
DISTRICT OF MARYLAND

BY _____ 0v _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLARENCE SHIPLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-03173-SAG |
| EDWARD N. HENNEMAN, SR., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT FORM

We, the jury, in the above-entitled action, unanimously find the following on the questions submitted to us:

### Question 1: Fabrication of Evidence

Do you find that Plaintiff Clarence Shipley has proven his claim of fabrication of evidence against Defendant Edward Henneman, Sr., by a preponderance of the evidence, in accordance with the Court's instructions?

_____ YES          ✓ NO

If you answered **"YES"** to Question 1, proceed to Question 2. If you answered **"NO"** to Question 1, do not answer any further questions; your deliberations are complete, and the foreperson should sign and date this form on the final page.

## Question 2: Compensatory Damages

What amount of money, if any, do you assess against Mr. Henneman to fairly and reasonably compensate Mr. Shipley for the injuries he sustained as a result of the violation of his rights.

$_____

## Question 3: Punitive Damages

Do you find, by a preponderance of the evidence, that Mr. Henneman's conduct was malicious or in reckless disregard of Mr. Shipley's rights, as explained in the Court's instructions?

_____ YES　　　　　　　　　_____ NO

If you answered **"YES"** to Question 3, proceed to Question 4. If you answered **"NO"** to Question 3, do not answer any further questions; your deliberations are complete, and the foreperson should sign and date this form on the final page.

## Question 4: Amount of Punitive Damages

What amount of punitive damages, if any, do you assess against Mr. Henneman?

$_____

**SO SAY WE ALL.**

**SIGNATURE REDACTED**

7/15/26
DATE