## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Clarence Shipley                   *
           **Plaintiff**
                                 *

    **v.**                               **Case No.  SAG-21-03173**
                                 *

Edward Nelson Henneman, Sr.
           **Defendant**      ******

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant Edward Nelson Henneman, Sr., against the Plaintiff, it is this   15th day of July, 2026,

**ORDERED**,

1.      Judgment is entered in favor of Defendant Edward Nelson Henneman, Sr. against Plaintiff, with costs; and

2.      Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                /s/
                           Stephanie A. Gallagher
                           United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)