IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE SHIPLEY,                              *
            Plaintiff,

                            *

      vs.                                         Civil Action No.   SAG-21-03173

                            *

EDWARD NELSON HENNEMAN, SR., et al.
            Defendants.               *

\*\*\*\*\*\*

ORDER OF JUDGMENT

In light of the jury's verdict and the lack of finding of a constitutional violation committed by any member of the Baltimore Police Department, judgment is entered in favor of Defendant Baltimore Police Department against Plaintiff Clarence Shipley as to the *Monell* claim. The Clerk is directed to CLOSE this case.

 7/20/2026                                                              /s/
Date                                                  Stephanie A. Gallagher
                                 United States District Judge